# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

No. 00-20266

---

JERRY A. PHILLIPS,

Plaintiff-Appellant,

versus

COMPUWARE CORPORATION,

Defendant-Appellee.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CV-2848

---

February 9, 2001

Before POLITZ, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Jerry A. Phillips appeals an adverse summary judgment in his action asserting, *inter alia*, ADEA claims against Compuware Corporation. Our review and consideration of the record on appeal, briefs, oral arguments of counsel, and prevailing

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

law persuades that the district court did not err in its rendition of the challenged ruling. Accordingly, on the facts as detailed, authorities cited, and analysis made by the trial court in its thorough, comprehensive, and scholarly Memorandum and Order signed February 17, 2000 and entered of record on February 22,2000, the judgment appealed herein is AFFIRMED.